IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 47.20.101.101

**ISP:** Optimum Online
**Physical Location:** Stamford, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/26/2018 22:11:07 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 01/03/2018 01:00:35 | 9499CBF530FFAFA39DB216415BFC663108A9FE55 | Your Luckiest Night |
| 10/28/2017 23:58:51 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 10/28/2017 23:46:46 | A3B928654175321DB4BE318EFBE0D7B4EB5ADF55 | Born To Be Wild |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

CT92